**DISMISS and Opinion Filed March 12, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00013-CR

**SEBASTIAN CARLOS ROMAN, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 071029 - Count 3**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Osborne

Sebastian Carlos Roman filed his notice of appeal on January 2, 2020. The clerk's record shows that although appellant was indicted on three counts, the jury did not find him guilty of count 3, aggravated assault with a deadly weapon.  In fact, the judgment states "Judgment not reached."

Appeals in criminal cases are permitted only when they are specifically authorized by statute. *State ex rel. Lykos v. Fine*, 330 S.W.3d 904, 915 (Tex. Crim. App. 2011); *Abbott v. State*, 271 S.W.3d 694, 696–97 (Tex. Crim. App. 2008). Generally, a criminal defendant may only appeal from a final judgment. *See State v.*

*Sellers*, 790 S.W.2d 316, 321 n.4 (Tex. Crim. App. 1990). A "final judgment" is a "final judgment of conviction," which is defined in the code of criminal procedure as "the written declaration of the court signed by the trial judge and entered of record showing the conviction or acquittal of the defendant." *Raley v. State*, 441 S.W.3d 647, 650 (Tex. App.—Houston [1st Dist.] 2014, pet ref'd); TEX. CODE CRIM. PROC. ANN. art. 42.01, § 1. Here, appellant was not convicted of count 3, and there is no judgment. Under these circumstances, we conclude we have no jurisdiction.

We dismiss the appeal.

.

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

Do Not Publish
Tex. R. App. P. 47.2(b)
200013F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

SEBASTIAN CARLOS ROMAN,
Appellant

No. 05-20-00013-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 397th Judicial
District Court, Grayson County,
Texas
Trial Court Cause No. 071029 Ct 3.
Opinion delivered by Justice
Osborne, Justices Schenck and
Reichek participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered March 12, 2020